UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
MATTHEW MANN and )
MARGARET MORRISSEY, )
 )
                Plaintiffs, )
 )
v. )   Case No.: 08 CV 2061
 )
JAMES McCLUNG, M.D., ORANGE )
REGIONAL MEDICAL CENTER, )
DAVOL INC., and C.R. BARD, INC., )
 )
                Defendants. )
 )
-----------------------------------------------------------X

JUDGE ROBINSON

## CORPORATE DISCLOSURE STATEMENT

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: February 29, 2008

                                              Respectfully submitted,

                                              PEPPER HAMILTON LLP

                                              _____
                                              Samuel J. Abate, Jr. (SA 0915)
                                              Pepper Hamilton, LLP
                                              The New York Times Building
                                              620 Eighth Avenue
                                              37th Floor
                                              New York, NY 10018-1405
                                              Phone: (212) 808-2706
                                              Fax: (212) 286-9806
                                              abates@pepperlaw.com

ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT
C.R. BARD, INC.

Of Counsel:
Kirby T. Griffis
Dana A. Gausepohl
Michael L. Junk
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
kgriffis@spriggs.com
dgausepohl@spriggs.com
mjunk@spriggs.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made via first-class mail upon the following:

James E. Monroe, Esq.
DUPEE & MONROE, P.C.
P.O. Box 470
Goshen, NY 10924

BY: _____
Samuel J. Abate, Jr.